1  Abran E. Vigil
   Nevada Bar No. 7548
2  Sylvia O. Semper
   Nevada Bar No. 12863
3  Holly Priest
   Nevada Bar No. 13226
4  BALLARD SPAHR LLP
   100 North City Parkway, Suite 1750
5  Las Vegas, Nevada 89106-4617
   Telephone:  (702) 471-7000
6  Facsimile:  (702) 471-7070
   E-Mail:  vigila@ballardspahr.com
7  E-Mail:  sempers@ballardspahr.com
   E-Mail:  priesth@ballardspahr.com
8  *Attorneys for Defendant*
   *JPMorgan Chase Bank NA*
9

10                UNITED STATES DISTRICT COURT

11                     DISTRICT OF NEVADA

12  MY HOME NOW, LLC, a Nevada Limited )   Case No.: 2:14-cv-01958-APG-NJK
    Liability Company,                 )
13                                     )
          Plaintiff,                   )   **STIPULATION TO EXTEND**
14                                     )   **DEADLINE FOR INITIAL**
    v.                                 )   **DISCLOSURES**
15                                     )
    JPMORGAN CHASE BANK N.A., A        )   **(SECOND REQUEST)**
16  National Banking Corporation and DOES )
    I through X, ROE CORPORATIONS XI   )
17  through XX, inclusive,             )
                                       )
18        Defendants.                  )

19        Plaintiff MY HOME NOW, LLC ("plaintiff") and defendant JPMORGAN

20  CHASE BANK N.A. ("CHASE") by and through their counsels of record, hereby

21  stipulate as follows:

22        1.    The Parties filed their Discovery Plan and Scheduling Order ("Discovery

23  Plan") on January 6, 2015.

24        2.    Under the Discovery Plan, Initial Disclosures pursuant to Fed.R.Civ.P.

25  26(f)(3)(A) are due on January 30, 2013.

26        3.    Plaintiff and defendant have thereafter agreed and hereby stipulate

27  that Initial Disclosures are due March 2, 2015 in order to allow defendants time to

28  further investigate their records and identify potential witnesses.

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #11733395 v1                                                    121035

4.     This is the second request for an enlargement of time, as the first request was granted in the Discovery Plan.

Dated: January 29, 2015

THE WRIGHT LAW GROUP, P.C.


By: /s/ John H Wright
    John H. Wright, Esq.
    Nevada Bar No. 6182
    2340 Paseo Del Prado
    Suite #305
    Las Vegas, NV 89102

    *Attorney for Plaintiff*

Dated: January 29, 2015

BALLARD SPAHR LLP


By: /s/ Holly Priest
    Abran E. Vigil
    Nevada Bar No. 7548
    Sylvia O. Semper
    Nevada Bar No. 12863
    Holly Priest
    Nevada Bar No. 13226
    100 N. City Parkway, Suite 1750
    Las Vegas, Nevada 89106

    *Attorneys for Defendant*
    *JPMORGAN CHASE BANK N.A*


## ORDER

IT IS SO ORDERED.

_____
U.S. ~~District~~/Magistrate Judge
Dated: February 2, 2015 _____

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070