JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
THE WRIGHT LAW GROUP, PC.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Attorneys for Plaintiff
MY HOME NOW, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MY HOME NOW, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a National Banking Corporation; JOHN D. MACARTHUR, an individual; and DOES I through X, inclusive; ROE ENTITIES XI through XX,<br><br>Defendants. | CASE NO: 2:14-CV-01958-APG-NJK<br><br>**ORDER** |

### STIPULATION AND ORDER DISMISSING JPMORGAN CHASE BANK, N.A.

COME NOW, Plaintiff MY HOME NOW, LLC, a Nevada Limited Liability Company, by and through its attorney, THE WRIGHT LAW GROUP, P.C. and Defendant JPMORGAN CHASE BANK, N.A., by and through its attorney, BALLARD SPAHR, LLP and hereby stipulate to the following:

1. Defendant JPMORGAN CHASE BANK, N.A. disclaimed any interest in the property located at **7555 Glowing Ember Court, Unit 101, Las Vegas, NV 89130; Parcel No. 125-27-219-013** through a Disclaimer of Interest filed herein at Docket #14 on February 9, 2015.

2. Based upon the filed Disclaimer of Interest and the representations of counsel, Plaintiff MY HOME NOW agrees to dismiss any and all claims as set forth in its

1

First Amended Complaint filed on May 11, 2015 at Docket # 18 in the above-referenced case with prejudice as to Defendant JPMORGAN CHASE BANK, N.A. only. The claims remain as to all other parties.

3. The parties will bear their own attorneys' fees and costs.

DATED this 20th day of May, 2015

DATED this 1st day of June, 2015

JOHN HENRY WRIGHT, ESQ.
THE WRIGHT LAW GROUP, PC.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Attorneys for Plaintiff

SYLVIA O SEMPER, ESQ.
BALLARD SPAHR, LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Attorneys for Defendant JPMorgan Chase Bank, N.A.

## ORDER

IT IS ORDERED that Plaintiff's First Amended Complaint for Quiet Title and Declaratory Relief be and hereby is Dismissed with Prejudice against Defendant JPMORGAN CHASE BANK, N.A., as to any and all claims based upon facts alleged therein as to Defendant JPMORGAN CHASE BANK, N.A., with each party to bear its own costs and attorney's fees.

Dated: June 2, 2015.

_____
UNITED STATES DISTRICT JUDGE