# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MY HOME NOW, LLC, | Case No. 2:14-cv-01958-APG-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| | (Dkt. #16) |
| JP MORGAN CHASE BANK, N.A., *et al.*, | |
| Defendants. | |

In light of the amended complaint (Dkt. #18) and the addition of a new party in that amendment,

IT IS ORDERED that plaintiff My Home Now, LLC's motion for summary judgment (Dkt. #16) is DENIED without prejudice to renew.

DATED this 1st day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE