JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
THE WRIGHT LAW GROUP, PC.
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile:  (702) 405-8454
Attorneys for Plaintiff
MY HOME NOW, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MY HOME NOW, LLC, a Nevada Limited Liability Company,<br><br>  Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a National Banking Corporation; JOHN D. MACARTHUR, an individual; and DOES I through X, inclusive; ROE ENTITIES XI through XX,<br><br>  Defendants. | CASE NO: 2:14-CV-01958-APG-NJK |

### DEFAULT JUDGMENT

Defendant JOHN D. MACARTHUR having failed to appear, plead or otherwise defend this action and Default having been entered on October 14, 2015, Defendant JPMORGAN CHASE BANK, N.A. having filed a Disclaimer of Interest on February 9, 2015 and being dismissed with prejudice by Stipulation and Order filed on June 2, 2015 and there being no other defendant, Plaintiff MY HOME NOW, LLC having requested Judgment against the defaulted defendant and having filed a proper motion and affidavit in accordance with Fed. R. Civ. Pro. 55 (a) and (b) and good cause appearing therefor:

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff MY HOME NOW, LLC and against Defendant JOHN D MACARTHUR and any ROE ENTITY quieting title to the property located at **7555 Glowing Ember Court, Unit 101, Las Vegas, NV 89130; Parcel No. 125-27-219-**



013 free and clear of the Deed of Trust recorded on September 18, 2008 or any other interest of said Defendant.

JUDGMENT IS HEREBY ENTERED that Plaintiff MY HOME NOW, LLC's claims for unjust enrichment and preliminary and permanent injunction are dismissed as moot.

JUDGMENT IS HEREBY ENTERED that as a result of the Foreclosure Sale occurring on May 2, 2014 and the recordation of a Foreclosure Deed pursuant to NRS 116.31164 on May 5, 2014, the interests of Defendant JOHN D. MACARTHUR and any ROE ENTITY were extinguished as a matter of law.

IT IS HEREBY DECREED that title to the property located at **7555 Glowing Ember Court, Unit 101, Las Vegas, NV 89130; Parcel No. 125-27-219-013** is hereby vested in Plaintiff MY HOME NOW, LLC free and clear of all interests of JOHN D. MACARTHUR and any and all ROE ENTITIES including, but not limited to, any claims relating to, arising from or otherwise set forth in the deed of trust recorded on September 18, 2008 as instrument number 200809240005561.

Dated:  November 25, 2015.

_____
UNITED STATES DISTRICT JUDGE